**No. 50635.**—Protest 969068–G of Henry Pollak, Inc. (New York).

Opinion by TILSON, J. The record established that certain of the involved items consist of hats similar in all material respects to those the subject of Abstract 47291. Upon the established facts and following the authority cited the merchandise in question was held dutiable as claimed.